IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
AL LEE CHELEY,                  *
                                *
     Plaintiff,                 *
                                *
v.                              *
                                *     CV 615-145
SMITH FARMS, INC.,              *
                                *
     Defendant.                 *
                                *
                                *
```

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court **ORDERS** this this case **DISMISSED WITH PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia this 16th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA